In the Matter of the Compensation of
Roland L. Dawkins, Claimant.

Roland L. DAWKINS,
*Petitioner,*

*v.*

PACIFIC MOTOR TRUCKING,
*Respondent.*

(85-11265; CA A63382)

799 P2d 703

Brad G. Garber, Salem, argued the cause for petitioner. With him on the brief was Michael B. Dye, Salem.

Jeffrey S. Love, Portland, argued the cause for respondent. With him on the brief were Scott P. Monfils and Lane Powell Spears Lubersky, Portland.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Affirmed. *Short v. SAIF,* 305 Or 541, 754 P2d 575 (1988); *Vip's Restaurant v. Krause,* 89 Or App 214, 748 P2d 164, *on recon* 91 Or App 472, 756 P2d 47, *rev den* 306 Or 414 (1988).